# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEHMET BATUK, | **:** |
| *Petitioner,* | **:** |
| | **:** |
| v. | **:**  **CIVIL NO. 26-4839** |
| | **:** |
| J. L. JAMISON et al., | **:** |
| *Respondents.* | **:** |
| | **:** |

## ORDER

**AND NOW**, this **14th** day of **July 2026**, it is hereby **ORDERED** as follows:

1. The Government **SHALL NOT** transfer Petitioner Mehmet Batuk from the Philadelphia Federal Detention Center for as long as the instant habeas petition remains pending.

2. The Motion for a Temporary Restraining Order (ECF No. 3) is **DENIED AS MOOT**.


**BY THE COURT:**


*/S/ Kai N. Scott*

**HON. KAI N. SCOTT**
**United States District Court Judge**